**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

ADAM MICHAEL ZULEGER,

Petitioner,

v.

STATE OF INDIANA,

Respondent.

CAUSE NO. 2:26-CV-369-TLS-APR

**OPINION AND ORDER**

Adam Michael Zuleger, a prisoner without a lawyer, filed a habeas petition challenging his pretrial detention in connection with Case No. 64D04-2605-CM-5650 pending in the Porter Superior Court. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the court must dismiss the petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."

Rule 2(c) of the Rules Governing Section 2254 Cases provides that "the petition must specify all the grounds for relief available to the petitioner" and "state the facts supporting each ground." In the petition, Zuleger states the following claim: "T]he judiciary exceeded its authority with separability and repealing clause with state legislators beyond statute of limitations, defragmenting, which is now obsolete and forbidden." ECF 1 at 6. Despite its best efforts, the court does not understand what concern Zuleger is trying to convey and thus cannot discern a valid claim for habeas relief. Consequently, the court finds that the petition does not state a valid habeas claim. Nevertheless, out of an abundance of caution, the court will grant Zuleger an opportunity to file an amended petition addressing the court's concerns rather than immediately dismissing this case.

Additionally, Zuleger has not resolved his filing fee status for this case. To proceed with this case, he must resolve his filing fee status by either paying the filing fee in full or by filing a motion to proceed in forma pauperis with his jail account summary for the last six months attached.

For these reasons, the court:

(1) ORDERS Adam Michael Zuleger to file an amended petition and to resolve his filing fee status by October 15, 2026;

(2) CAUTIONS Adam Michael Zuleger that, if he does not respond by that deadline, this case will be dismissed without further notice; and

(3) DIRECTS the clerk to send Adam Michael Zuleger a blank AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 form and a blank prisoner in forma pauperis motion.

SO ORDERED on September 24, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT